IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMMY SOMMER, : | |
| Plaintiff, : | |
| v. : | CIVIL ACTION |
| : | NO. 10-2852 |
| GREENWOOD GAMING SERVICES : | |
| COMPANY, : | |
| Defendant. : | |

### ORDER

**AND NOW**, this ___ of July, 2012, upon consideration of Defendant's Motion for Summary Judgment (Doc. 10), and Plaintiff's Response thereto (Doc. 12), **IT IS HEREBY ORDERED** that Defendant's Motion for Summary Judgment is **DENIED**.[1]

BY THE COURT:

/s/ Petrese B. Tucker

_____
**Hon. Petrese B. Tucker, U.S.D.J.**

---

[1] This Order accompanies the Court's memorandum opinion, dated July __, 2012.